1  LAW OFFICES OF ALAN ADELMAN
2  Alan Adelman, Esq. (SBN 170860)
   240 Stockton Street, 4th Fl.
3  San Francisco, CA  94108
   Tel:  415-956-1376
4  Fax:  415-358-4060

5  Attorney for Plaintiff
   JAMES WOO
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | JAMES WOO,                | Case No. 4:14-cv-04646-KAW |
12 |         Plaintiff,        | **STIPULATION AND [PROPOSED]** |
13 |     v.                    | **ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
14 | JDA SOFTWARE, INC.,       |                            |
15 |         Defendant.        |                            |

16

17     The Parties to the above-entitled action jointly submit this STIPULATION AND

18 [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND

19 ASSOCIATED DEADLINES.

20     WHEREAS, a Case Management Conference is currently scheduled to be conducted on

21 January 13, 2015.

22     WHEREAS, the deadline for the parties to complete initial disclosures and to file a Rule

23 26(f) Report and the Case Management Conference Statement is January 6, 2015.

24     WHEREAS, the parties are currently engaged in negotiations to attempt to reach a full

25 and final settlement as to all disputed issues and the entire lawsuit.

26     WHEREAS, the parties wish to delay incurring the time and expense which would be

27 necessary to meet these current deadlines and to attend the currently scheduled Case

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES

1  Management Conference, as the parties believe that it would be more efficient and cost effective
2  to focus all current efforts towards negotiating a resolution.
3       The parties are currently in the process of retaining a private mediator to conduct a
4  mediation, which the parties are intending to schedule to be conducted by the end of January.
5       Accordingly, the Parties, by and through their attorneys of record, stipulate to the
6  deadline for the completion of initial disclosures and the joint filing of a Rule 26(f) Report and
7  the Case Management Conference Statement to be continued to February 10, 2015.
8       The parties further stipulate to the Case Management Conference being continued to
9  February 17, 2015 in Courtroom 4, 3rd floor at 1:30 PM.

DATED: December 22, 2014          CAROTHERS DISANTE &
                                  FREUDENBERGER LLP


                                  By:  /s/   Todd R. Wulffson
                                       Todd R. Wulffson, Esq.
                                       Attorneys for Defendant
                                       JDA SOFTWARE, INC.

DATED: December 19, 2014          LAW OFFICES OF ALAN ADELMAN


                                  By:  /s/   Alan Adelman
                                       Alan Adelman, Esq.
                                       Attorney for Plaintiff
                                       JAMES WOO

<u>ORDER</u>

Good cause appearing, and based on the above stipulation, the deadline for the parties' completion of initial disclosures and for the filing of a Rule 26(f) Report and the Joint Case Management Conference Statement shall be continued to February 10, 2015.  The Case Management Conference shall be continued to February 17, 2015 ~~in Courtroom 4, 3rd floor~~ at 1:30 PM.

IT IS SO ORDERED.
Dated: 01/05/2015                 _____
                                  KANDIS A. WESTMORE
                                  United States Magistrate Judge

2

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES